IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PATRICK S. TATE,

Plaintiff,

v.

JOHN DOE (CORR OFFICER),
BRUCE SIEDSCHLAG, RANDALL HEPP,
MARK SCHOMISCH, EUGENE DEVRIES,
CARL WIERSMA, and JOHN SZWEDA,

Defendants.

OPINION and ORDER

20-cv-704-jdp

---

This order concerns plaintiff Patrick S. Tate's failure to prosecute this lawsuit. Tate, a former inmate in the Wisconsin prison system, alleges that he was drugged and sexually assaulted by an unidentified "John Doe" correctional officer multiple times and that he was later physically assaulted by another inmate after he complained about the sexual assaults. I granted him leave to proceed on Eighth Amendment claims against various prisoner staffers who failed to protect him from the assaults and failed to properly investigate them. The court recruited counsel to assist Tate in identifying the "John Doe" officer who assaulted him, but counsel was unable to do so, and the court denied Tate's motion to obtain DNA evidence from multiple people to ascertain that person's identity. *See* Dkt. 59 and Dkt. 69.

I allowed Tate's counsel to withdraw, and the court set a scheduling conference concerning Tate's remaining claims. But Tate could no longer be reached at his address of record and Tate didn't call into the conference, so the court directed him to respond, indicating whether he wished to continue pursuing this lawsuit and updating his address. Dkt. 75. That order was also returned as undeliverable. The court's recent orders were also sent to Tate's known email addresses, with no response.

Defendants now move under Federal Rule of Civil Procedure 41(b) to dismiss the case for Tate's failure to prosecute it. Because Tate is unreachable and hasn't contacted the court with a new address, I will grant defendants' motion and dismiss the case with prejudice.

ORDER

IT IS ORDERED that:

1. Defendants' motion to dismiss, Dkt. 78, is GRANTED. This case is DISMISSED with prejudice.
2. The clerk of court is directed to enter judgment accordingly and close the case.

Entered August 21, 2026.

BY THE COURT:

/s/

JAMES D. PETERSON
District Judge